# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, ) | |
| ) | Case No. 4:06CV00004 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CURNELL G. HAIRSTON, ET. AL., ) | |
| ) | By: **Jackson L. Kiser** |
| Defendants. ) | Senior United States District Judge |

    For the reasons stated above, Plaintiff's Motion for Summary Judgment will be **GRANTED** as to the issues of liability and to the principal amount of damages. The Court requests the parties' briefs on the issue of which rate of pre-judgment and post-judgment interest should apply to this amount, as well as the amount of attorneys' fees due to the prevailing party. Oral argument will not be heard on this issue.

    The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

    Entered this 2nd day of October, 2006.

    s/Jackson L. Kiser
    Senior United States District Judge

1